**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1399**

———————

PATRICK J. MUHAMMAD,

                    Plaintiff - Appellant,

          v.

MARYLAND COURT OF APPEALS; ROBERT M. BELL; IRMA S. RAKER;
ALAN M. WILNER; DALE R. CATHELL; GLENN T. HARRELL, JR.;
LYNNE ANN BATTAGLIA; CLAYTON GREENE, JR., all to be located
at Robert C. Murphy Court of Appeals Building, 361 Rowe
Boulevard Annapolis, MD 21401; STATE OF MARYLAND; BOB
ERHLICH, Governor; OFFICE OF THE ATTORNEY GENERAL; GARY W.
KUC; MELVIN HIRSHMAN; MARIANNE LEE; ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND; JOHN DOE 3; JOHN DOE NEWSPAPER; JANE
DOE NUMBER 2; MARVIN J. GARBIS, in his individual and
professional capacities; CATHERINE C. BLAKE, in her
individual and professional capacities; JANE DOE NEWSPAPER,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:06-cv-03444-CCB)

———————

Submitted:  December 16, 2008      Decided:  December 19, 2008

———————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Patrick J. Muhammad, Appellant Pro Se.  William Ferris Brockman, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick J. Muhammad appeals the district court's orders dismissing his civil rights complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief could be granted, and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Muhammad v. Md. Ct. of Appeals, No. 1:06-cv-03444-CCB (D. Md. Feb. 11 & Mar. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED